UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GENE GRASLE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 651 CDP |
| | ) | |
| MERCY HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

| | | |
|---|---|---|
| SALLY SANZONE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:16 CV 923 CDP |
| | ) | |
| MERCY HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

As all parties agree that consolidation of these actions is appropriate,

**IT IS HEREBY ORDERED** that the motion to consolidate [19] is granted, but the motion to stay is denied.

**IT IS FURTHER ORDERED** that the Rule 16 conference previously set for July 1, 2016 is postponed and reset for **Friday, July 8, 2016 at 2:30 p.m. in the chambers of the undersigned.**

**IT IS FURTHER ORDERED** that the parties shall file the joint proposed scheduling plan no later than **Wednesday, July 6, 2016.**  The joint plan must include, among other items already listed in the previous order, whether the plaintiffs contemplate filing a consolidated complaint, and whether one of these cases should be administratively closed so that all filings may be made in a single case.  Until the conference, the parties shall file everything in both cases.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2016.